# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAM KHURSHAD,<br><br>         Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, et al.,<br><br>         Respondents. | Case No.:  26cv3133 DMS (MSB)<br><br>**ORDER GRANTING PETITION** |

On May 20, 2026, Petitioner filed a Petition for Writ of Habeas Corpus asserting his detention violates *Zadvydas v. Davis*, 533 U.S. 678 (2001) and 8 U.S.C. § 1231.  In their response to the Petition, Respondents state "[u]ndersigned counsel is unable to ascertain sufficient facts at this time to establish that there is a significant likelihood of removal in the reasonably foreseeable future." (Resp. at 1.)  Accordingly, the Court grants the Petition and orders Respondents to release Petitioner forthwith.  *See Souvannaseng v. Noem*, No. 3:25-cv-3473-CAB-DEB, 2025 WL 3641180, at *2 (S.D. Cal. Dec. 16, 2025) (granting petition and ordering petitioner's release).  In accordance with this Order, the parties are ordered to file a Joint Status Report on or before **June 9, 2026**, confirming Petitioner has been released.

  **IT IS SO ORDERED.**

Dated:  June 2, 2026

                Hon. Dana M. Sabraw
                United States District Judge

26cv3133 DMS (MSB)